1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

J & J SPORTS PRODUCTIONS, INC,

Plaintiff,

v.

MEZCALES GRILL, LLC, et al.,

Defendants.

CASE NO. C18-1604 JLR

ORDER

11

12

13

14

15

16

ROBART, District Judge:

17

Plaintiff, J & J Sports Production, Inc., secured a default judgment against

18

defendant Mezcales Grill, LLC on December 10, 2019 (Dkt. #15), and filed a motion for

19

attorney fees (Dkt. # 16), along with a request for costs (Dkt. # 18) and supported by a

20

declaration of counsel (Dkt. # 19), under 47 U.S.C. § 605(e)(3)(B)(iii), which provides

21

that "the court... shall direct the recovery of full costs, including awarding reasonable

22

attorneys' fees to an aggrieved party who prevails."

1    The Court, having reviewed the court file herein, including the submissions of

2   Plaintiff, now makes the following FINDINGS:

3        1.    Plaintiff is an aggrieved party who prevailed in this action and is thus

4   entitled to its reasonable attorney fees and full costs.

5        2.    The rates for Plaintiff's attorneys and their staff are reasonable.

6        3.    The time spent on this matter is reasonable.

7        4.    Plaintiff's costs are the result of the underlying litigation, including the

8   costs for Plaintiff's investigator, and Plaintiff is entitled to recover those costs in full.

9        Now, therefor, it is hereby

10       ORDERED that Plaintiff's motion for attorney fees is GRANTED, and Plaintiff's

11  request for costs is GRANTED.  Plaintiff is awarded $4,190 in attorney fees and

12  $1,562.74 in costs against Mezcales Grill, LLC.

13       Dated this 26 day of January, 2020.

14

     JAMES L. ROBART
15   United States District Judge

16

17

18

19

20

21

22

ORDER - 2